

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton 312-435-5670
Clerk

Date: 9/14/2022                    Case Number: 20 cv 5206

Case Title: Saint Xavier University v. Mossuto        Judge: Coleman

## DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

☑ Document entered in error.

☐ Document withdrawn or removed per court order of

☐ Incorrect document linked.

☐ Other:

☐ Removed per IOP30(b).


Thomas G. Bruton, Clerk

By: /s/ Yvette Montanez
    Deputy Clerk

Rev. 11/29/2016